UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IRINA ESPIRITU, | No. 2:18-cv-02810-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CAPITAL ONE BANK, N.A., | |
| Defendant. | |

The parties jointly request extension of the July 1, 2019 initial expert disclosure deadline. ECF No. 17. Because this request will necessarily affect other expert deadlines in the court's scheduling order, ECF No. 12, the court GRANTS this request, and sets forth the following amendments:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Initial expert disclosure deadline | July 1, 2019 | August 19, 2019 |
| Expert rebuttal deadline | July 31, 2019 | September 16, 2019 |
| Completion deadline for all expert discovery | August 31, 2019 | October 14, 2019 |

///

///

1

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: July 8, 2019.

UNITED STATES DISTRICT JUDGE