1  Rory Leisinger, Esq.
2  Leisinger Law, LLP
3  225 E. Badillo
   Covina, CA 91723
4  Tel: (626) 331-1520
5  Email: Rory@leisingerlaw.com
   Attorney for Plaintiff,
6  IRINIA ESPIRITU

7
                    **UNITED STATES DISTRICT COURT**
8                   **EASTERN DISTRICT OF CALIFORNIA**

9
   IRINA ESPIRITU,                    | Case No.: 2:18-cv-02810-KJM-AC
10
           Plaintiff,
11
   vs.                                | **PLAINTIFF LYNNE KEMMER'S**
12                                    | **NOTICE OF SETTLEMENT**
13 CAPITAL ONE BANK (USA), N.A.,
14
           Defendant                  | JUDGE KIMBERLY J. MUELLER
15

16                          **NOTICE OF SETTLEMENT**

17
        Plaintiff, Irina Espiritu notifies this Court that Plaintiff and Defendant,
18
   Capital One Bank (USA), N.A., have resolved all claims between them in this
19
20 matter and are in the process of completing the final settlement documents and
21
   filing the appropriate dismissal pleadings.  The parties request that the Court
22
23 retain jurisdiction for sixty (60) days for any matters related to completing and/or
24
   enforcing the settlement and stay all remaining discovery deadlines.
25
26 / / /
27
28

- 1 -

NOTICE OF SETTLEMENT

Dated: September 11, 2019.

        */s/ Rory Leisinger*
Rory Leisinger, Esq.
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: Rory@leisingerlaw.com

Attorney for Plaintiff, IRINIA ESPIRITU

# CERTIFICATE OF SERVICE

I certify that on September 11, 2019, I filed the foregoing Plaintiff Irina Espiritu's Notice of Settlement using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Marcos D. Sasso
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel: 424-204-4324
Email: sassom@ballardspahr.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*/s/ Rory Leisinger*
Rory Leisinger, Esq.
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: Rory@leisingerlaw.com
Attorney for Plaintiff, IRINIA ESPIRITU