Rory Leisinger, Esq.
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: Rory@leisingerlaw.com
Attorney fo Plaintiff, IRINIA ESPIRITU

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRINA ESPIRITU,<br><br>            Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),N.A.,<br><br>            Defendants. | Case No: 2:18-cv-02810-KJM-AC<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Irina Espiritu ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

 JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Marcos D. Sasso (with permission)*<br>Marcos D. Sasso<br>BALLARD SPAHR LLP<br>2029 Century park East, Suite 800<br>Los Angeles, CA 90067-2909<br>T: (424) 204-4400<br>F: (424) 204-4350<br>E: sassom@ballardspahr.com<br> *COUNSEL FOR DEFENDANT* | */s/ Rory Leisinger*<br>Rory Leisinger, Esq.<br>Leisinger Law, LLP<br>225 E. Badillo<br>Covina, CA 91723<br>Tel: (626) 331-1520<br>Email: Rory@leisingerlaw.com<br>*COUNSEL FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century park East, Suite 800
Los Angeles, CA 90067-2909
T: (424) 204-4400
F: (424) 204-4350
E: sassom@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Rory Leisinger*
Rory Leisinger, Esq.
Leisinger Law, LLP
225 E. Badillo
Covina, CA 91723
Tel: (626) 331-1520
Email: Rory@leisingerlaw.com
*COUNSEL FOR PLAINTIFF*